UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60016-CR-COHN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FRENEL CENAT,

      Defendant.

_____/

## NOTICE OF CHANGE OF PLEA HEARING

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for a change

of plea hearing on **Thursday, March 21, 2024 at 9:30 a.m.** before the Honorable

James I. Cohn, United States District Judge, United States District Courthouse, 299

East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 7th day of February, 2024.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
U.S. Marshals
USPO